The People of the State of Colorado, Plaintiff-Appellee, v. Joseph L. Archuleta, Defendant-Appellant. No. 18CA1465
Court of Appeals of Colorado, First Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 City
 and County of Denver District Court No. 17CR3885 Honorable A.
 Bruce Jones, Judge
 
 
 
 OPINION
 
 
 
 DAILEY, JUDGE
 
 
 JUDGMENT
 AND SENTENCE AFFIRMED AND CASE REMANDED WITH DIRECTIONS
 
 
 Dunn
 and Kuhn, JJ., concur